**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MYCOL AKHILE,

    Plaintiff,

v.                                                                                    No. 8:23-cv-00221-SDM-CPT

SETH HOLBROOK FITNESS, LLC
D/B/A SOCIAL ATHLETE AND
SETH HOLBROOK

    Defendants.
_____/

**MOTION TO EXTEND DEADLINE TO EFFECTUATE SERVICE OF PROCESS ON DEFENDANTS SETH HOLBROOK FITNESS, LLC D/B/A SOCIAL ATHLETE AND SETH HOLBROOK**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Mycol Akhile (hereinafter, "Plaintiff"), hereby moves this Court for an Order extending the deadline to serve Defendants Seth Holbrook Fitness, LLC d/b/a Social Athlete and Seth Holbrook (collectively, "Defendants") and, in support thereof, states as follows:

1. On February 1, 2023, Plaintiff filed its complaint in this case.

2. On February 2, 2023, summonses were issued for both Defendants, giving Plaintiff up to and until May 2, 2023, to serve the Defendants pursuant to Federal Rule of Civil Procedure 4(m). *See* Fed. R. Civ. P. 4(m) (providing that a defendant must be served within 90 days after the complaint is filed).

3. In accordance with the First and Second Proceedings (as those terms are defined in the complaint) filed by Defendants against the Plaintiff, undersigned counsel emailed Defendants' last known attorney of record to determine if Defendants would agree to waive service. *See* **Exhibit A** (true and correct copies of undersigned's emails).

4. No response was received.

5. The undersigned followed up with Defendants' last known attorney of record on March 3, 2023, and March 13, 2023, but no response was ever received (and no response has been received to date).

6. Plaintiff also retained a process server to serve both Defendants at 39939 Pretty Pond Road, Zephyrhills, FL 33540—the address identified (a) on the corporate records for Defendant Seth Holbrook Fitness, LLC d/b/a Social Athlete as the entity's principal and mailing address, *see* Dkt. 1-3, at 1-2, (b) on the corporate records for Defendant Seth Holbrook Fitness, LLC d/b/a Social Athlete as the entity's registered agent address, wherein Seth Holbrook is identified as the registered agent, *see* Dkt. 1-3, at 1-2, and (c) on the Service Contract executed by and between the Parties, *see* Dkt. 1, ¶ 17.

7. Service was attempted on said address but could not be effectuated.

8. Accordingly, Plaintiff retained a private investigator to conduct a background search on the Defendants to ascertain any other potential addresses associated with them.

9. The background search disclosed a single other address, 7985 Scotts Manor Ct, Glen Burnie, MD 21061-6204, believed to be Defendant Seth Holbrook's parents' house.

10. Plaintiff's process server then attempted service at 7985 Scotts Manor Ct, Glen Burnie, MD 21061-6204, but could not effectuate service.

11. As such, Plaintiff requires additional time to serve the Defendants and respectfully requests that the deadline to serve the Defendants be extended by forty-five (45) days.

12. Pursuant to this new deadline, Plaintiff would have up to and until June 16, 2023, to serve the Defendants.

13. The instant motion is being filed in good faith, for good cause, not for the purpose of delay, and prior to the original time for serving the Defendants. *See* Fed. R. Civ. P. 6(b)(1)(A).

14. While undersigned counsel acknowledges its duty to meet and confer with the Defendants pursuant to Local Rule 3.01(g), the undersigned is unable to do so seeing as neither of the Defendants have been served and neither Defendant has made an appearance in this case, making it impossible for the undersigned to communicate and confer with either Defendant.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the deadline to effectuate service on the Defendants by forty-five (45) days, up to and including June 16, 2023.

Dated: May 2, 2023

Respectfully submitted,
*/s/ Mark C. Johnson*
MARK C. JOHNSON, ESQ.
Fl. Bar No. 84365
U.S.P.T.O. Reg. No. 69,349
MJ@JOHNSONDALAL.COM
**JOHNSON | DALAL**
111 N. PINE ISLAND ROAD, SUITE 105
PLANTATION, FL 33324
Tel: (954) 507-4500
Fax: (954) 507-4502

# LOCAL RULE 3.01(g) CERTIFICATION

While undersigned counsel acknowledges its duty to meet and confer with the Defendants pursuant to Local Rule 3.01(g), the undersigned is unable to do so seeing as neither of the Defendants have been served and neither Defendant has made an appearance in this case, making it impossible for the undersigned to communicate and confer with either Defendant.

Dated: May 2, 2023

Respectfully submitted,
*/s/ Mark C. Johnson*
MARK C. JOHNSON, ESQ.
Fl. Bar No. 84365
U.S.P.T.O. Reg. No. 69,349
MJ@JOHNSONDALAL.COM
**JOHNSON | DALAL**
111 N. PINE ISLAND ROAD, SUITE 105
PLANTATION, FL 33324
Tel: (954) 507-4500
Fax: (954) 507-4502

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that a true and correct copy of the foregoing is being served this day on all parties and counsel of record, via transmission of Notices of Electronic Filing generated by CMF/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: May 2, 2023

Respectfully submitted,
*/s/ Mark C. Johnson*
MARK C. JOHNSON, ESQ.
Fl. Bar No. 84365
U.S.P.T.O. Reg. No. 69,349
MJ@JOHNSONDALAL.COM
**JOHNSON | DALAL**
111 N. PINE ISLAND ROAD, SUITE 105
PLANTATION, FL 33324
Tel: (954) 507-4500
Fax: (954) 507-4502